**WARSAW ORTHOPEDIC, INC., Medtronic Sofamor Danek USA, Inc., Medtronic Puerto Rico Operations Company and Medtronic Sofamor Danek Deggendorf, GMBH, Plaintiffs–Appellees,**

v.

**GLOBUS MEDICAL, INC.,**
Defendant–Appellant.

No. 2009–1525.

United States Court of Appeals,
Federal Circuit.

June 15, 2010.

Cynthia D. Vreeland, Mark C. Fleming, Wilmer Cutler Pickering Hale, Boston, MA, William G. McElwain, Seth P. Waxman, Gregory H. Lantier, Amy Nelson, Wilmer Cutler Pickering Hale, Washington, DC, for Plaintiffs–Appellees.

Constantine L. Trela Jr., Tacy F. Flint, Sidley Austin LLP, Chicago, IL, Rachel H. Townsend, Sidley Austin LLP, Washington, DC, for Defendant–Appellant.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for

failure to prosecute in accordance with the rules.